FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS TOBINICK, M.D., a medical corporation, dba INSTITUTE OF LASER MEDICINE, and EDWARD LEWIS TOBINICK, M.D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCRIPPS CLINIC MEDICAL GROUP, INC., JOEL ROSENBERG dba MAX TRAFFIC, and HEALTHCENTRAL.COM,<br><br>Defendants. | Case No. CV 00-06137 RJK<br><br>**JUDGMENT ON SPECIAL VERDICT** |

This action came on regularly for trial by jury on October 2, 2001, with Plaintiffs Edward Lewis Tobinick, M.D., a medical corporation, dba Institute of Laser Medicine, and Edward Lewis Tobinick, M.D., an individual, appearing in person and by their attorney of record, Ezra Sutton, and Defendant Joel Rosenberg dba Max Traffic appearing in person and by his attorney of record, Howard S Fredman; a jury of eight persons was duly impaneled and sworn; witnesses

1



ENTERED ON ICMS
OCT 18 2001
CV
271

testified; and after being duly instructed by the Court, the jury deliberated and thereon duly rendered its special verdict,

It is ORDERED and ADJUDGED that:

1. Defendant Rosenberg's inclusion of the service mark "Photolysis HR" in hidden text on the Websites www.scripps-clinic.com and www.scripps-medical.com did constitute a trademark use in commerce.

2. Defendant Rosenberg's inclusion of the trade name "Tobinick" in hidden text on the Websites www.scripps-clinic.com and www.scripps-medical.com did not constitute a trademark use in commerce.

3. Defendant Rosenberg's inclusion of the trade name "Institute of Laser Medicine" in hidden text on the Websites www.scripps-clinic.com and www.scripps-medical.com did not constitute a trademark use in commerce.

4. Defendant Rosenberg did not use the service mark "Photolysis HR" in a manner that was likely to cause confusion among ordinary purchasers as to the source of the service.

5. Plaintiffs' registered service mark "Photolysis HR" is not a valid, protectable trademark, as opposed to being either "generic" or "merely descriptive" without having acquired secondary meaning.

9. Defendant Rosenberg did not infringe the unregistered trade names "Tobinick" and "Institute of Laser Medicine," commit acts of unfair competition, use a false designation of origin, or commit acts of false advertising.

Accordingly, the Plaintiffs Edward Lewis Tobinick, M.D., a medical corporation, dba Institute of Laser Medicine, and Edward Lewis Tobinick, M.D., an individual, shall take nothing from Defendant Joel Rosenberg by reason of their Complaint on file herein, that the action be dismissed on the merits, and that Defendant Joel Rosenberg shall have and recover from Plaintiffs Edward Lewis Tobinick, M.D., a medical corporation, and Edward Lewis Tobinick, M.D., an individual, his costs of suit in this matter in the sum of $_____.

Dated: OCT 17 2001

_____
Robert J. Kelleher
United States District Judge